IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY N. JOHANSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST FRANKLIN LOAN SERVICES, et al.,<br><br>    Defendants.                               / | No. C 09-5018 CRB<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED** |

Plaintiff's counsel is hereby ORDERED to show cause why she should not be sanctioned under Rule 11 and/or Local Rules 11-6(a)(2)-(3) and 7-3(a)-(b). Counsel's response to this Order shall be filed by April 1, 2010. Defendants' response shall be filed by April 10, 2010. A hearing will be conducted on April 16, 2010, at 10 a.m.

**IT IS SO ORDERED.**

Dated: March 12, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5018\Order to Show Cause - DAWSON.wpd