IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY N. JOHANSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST FRANKLIN LOAN, et al.,<br><br>    Defendants.                     / | No. C 09-5018 CRB<br><br>**ORDER** |

This Court is in receipt of numerous volumes of documents submitted by Plaintiff's counsel in compliance with the previously entered Order to Show Cause. This Court has determined that the attached document should be publicly accessible, and will therefore file it on the Court's electronic filing system. The remaining documents, however, contain privileged information and are therefore ORDERED to remain UNDER SEAL.

**IT IS SO ORDERED.**

Dated: August 9, 2010

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5018\ORDER re public filing.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2009\5018\ORDER re public filing.wpd        2